**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**FREDERICK DENELL GRIM**                                                                                 **PETITIONER**

**V.**                                                                       **NO. 3:14-CV-00134-DMB-DAS**

**CHRISTOPHER EPPS, et al.**                                                                          **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Court's order [12] entered this date, the petition [1] for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **GRANTED**. The State shall have 120 days from the date of this order to commence a new prosecution and/or trial of Petitioner. If such prosecution is not commenced within 120 days, Petitioner shall be released.

**SO ORDERED AND ADJUDGED**, this 8th day of October, 2015.

                                                                                        /s/Debra M. Brown
                                                                                        **UNITED STATES DISTRICT JUDGE**